UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TERRY SMITH, a/k/a TERRELL NEAL,

               Plaintiff,

      -against-

PAROLE OFFICER LISA DUQUESNAY,

               Defendant.
-----------------------------------------------------------X

**ORDER**
**07 CV 2795 (RJD)(LB)**

**BLOOM, United States Magistrate Judge:**

On October 29, 2008, the Second Circuit vacated the Court's judgment as to defendant Duquensay relating to plaintiff's second parole revocation and remanded the case for further proceedings. On November 20, 2009, the Court directed the United States Marshals Service to direct service of process on defendant Duquesnay at the address provided in plaintiff's complaint. (Document 9.) By letter dated December 1, 2009 the Office of Corporation Counsel for the City of New York informs the Court that it has received the summons and complaint mailed to defendant Duquesnay, but that because defendant is a State employee, not a City employee, the papers are being returned to the Court. See document 11.

Pursuant to Valentin v. Dinkins, 121 F.3d 72 (2d. Cir. 1997)(per curiam), the Court requests that the Office of the Attorney General provide the full name and correct service address for defendant Parole Officer Lisa Duquesnay by December 31, 2009. The Office of the Attorney General need not undertake to defend or indemnify this

1

individual at this juncture. This Order merely provides a means by which plaintiff may name and properly serve this defendant.

SO ORDERED.

LOIS BLOOM
United States Magistrate Judge

Dated: December 17, 2009
      Brooklyn, New York