

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 23 2009
TIME A.M. / P.M.

December 17, 2009

Hon. Lois Bloom
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

The application is ✓ granted. ___ denied.
SO ORDERED.

Lois Bloom, U.S.M.J.
Dated: 12/22/09
Brooklyn, New York

Counsel is reminded ALL FILINGS must be made electronically.

Re: *Smith v. Duquesnay*, Index #07-cv-2795(RJD)(LB)

Dear Judge Bloom:

    I am in receipt of the Court's Order, dated December 17, 2009, requesting that this office provide the full name and correct service address for Parole Officer Lisa Duquesnay. Today I also received a request for representation from Parole Officer Duquesnay, along with an acknowledgment of receipt of summons and complaint by mail, which Parole Officer Duquesnay executed on December 1, 2009. Accordingly, I forwarded the acknowledgment to the U.S. Marshals, and I filed a notice of appearance via the Court's ECF system indicating that I will be representing Parole Officer Duquesnay in this matter.

    Thus, as I have just been assigned to this case, I respectfully request, on behalf of Parole Officer Duquesnay, an extension of time in which to answer, move, or otherwise respond to the Complaint to January 21, 2009. This extension will give me time to investigate the allegations raised in the Compliant, and will give me time to discuss a course of action with my client. This is defendant's first request for an extension. The Plaintiff has not been contacted for his consent because of the delay involved in communicating with an incarcerated inmate.

Respectfully Submitted,

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8922 • Fax (212) 416-6075 * Not For Service of Papers
http://www.oag.state.ny.us

Andrew Meier (212) 416-8305
Assistant Attorney General
Office of the NY State Attorney General
120 Broadway
New York, NY 10271

Cc: Terry Smith
a/k/a Terrell Neal
# 349-07-06976
George Motchan Detention Center
15-15 Hazen Street
East Elmhurst, NY 11370